```
                                              U.S. DISTRICT COURT
                                              DISTRICT OF ...
                                              FILED

                                              2005 JUL 11  P 3:43
```

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Troy Zwicker

v.                                    Civil No. 05-fp-233

Warden, New Hampshire State Prison

### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed *in forma pauperis* is hereby granted, but only for the purpose of waiving the filing fee. This case has been assigned number 05-cv-233-JD.

**SO ORDERED.**

_/s/ James R. Muirhead_
James R. Muirhead
United States Magistrate Judge

Date: July 11, 2005

cc:   Troy Zwicker, *pro se*

Zwicker v. NH State Prison, Warden                                    Doc. 4