**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Troy Zwicker

v.                                              Civil No. 05-cv-233-JD

Warden, New Hampshire State Prison


**O R D E R**

Petitioner seeks a stay "for possible post-trial filings and a proper objection to court's order."  Document no. 10.  The time to object to my report and recommendation has already elapsed and the other three issues have been exhausted.  There is no need for nor basis for a stay.  The motion (document no. 10) is denied.

**SO ORDERED.**

James R. Muirhead
United States Magistrate Judge

Date: October 13, 2005

cc:  Nicholas P. Cort, Esq.
     Troy Zwicker, *pro se*