

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Troy Zwicker

v.                                        Civil No. 05-cv-233-JD

Warden, NH State Prison

## ORDER

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated August 4, 2005, no objection having been filed.

SO ORDERED.

October 14, 2005

Joseph A. DiClerico, Jr.
United States District Judge

cc:   Troy Zwicker, pro se
      Nicholas Cort, Esq.